```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/19/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

**EMA FINANCIAL, LLC,**

      **Plaintiff,**

   -against-

**VYSTAR CORP,**

      **Defendant.**

------------------------------------------------------------------- x

**19-CV- 01545 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

  The Court is in receipt of the request from Defendant for permission to file a motion for summary judgment. Defendant's request is hereby **GRANTED**. The Parties shall follow the briefing schedule in the Court's order dated May 14, 2020.

**SO ORDERED.**

**Dated:**   **New York, New York**
    **May 19, 2020**

              */s/ Andrew L. Carter, Jr.*

              **ANDREW L. CARTER, JR.**
              **United States District Judge**