UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
EMA FINANCIAL, LLC                          :

                                            :

        Plaintiff,                     ORDER

                                            :

    -v.-

                                            :   19 Civ. 1545 (ALC) (GWG)

VYSTAR CORP.,

                                            :

        Defendant.                 :
---------------------------------------------------------------x
GABRIEL W. GORENSTEIN, United States Magistrate Judge

     With regard to Docket ## 65 and 71, the Court temporarily stays discovery with the exception of the specific matters discussed at today's telephone conference. The plaintiff shall move for a stay by June 11, 2020. The remaining briefing shall be in accordance with the schedule stated at the conference. The parties may extend any of the briefing dates by mutual agreement and without court order as long as the agreement is disclosed in a letter to the Court filed on ECF.

     SO ORDERED.

Dated: May 28, 2020
       New York, New York

                                                            _____
                                                            GABRIEL W. GORENSTEIN
                                                            United States Magistrate Judge