UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

EMA FINANCIAL, LLC,

                                   :

                Plaintiff,

                                   :      ORDER

    -v.-

                                   :      19 Civ. 1545 (ALC) (GWG)

VYSTAR CORP.,                       :

                Defendant.      :
-------------------------------------------------------------X
GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      The parties are directed to consult and to file on or before April 9, 2021, either a jointly-proposed Scheduling Order or separate proposals for a Scheduling Order in a form similar to Docket # 59.

      SO ORDERED.

Dated: March 30, 2021
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge