# LAW OFFICE OF
# JEFFREY FLEISCHMANN, P.C.

150 Broadway, Suite 900
New York, New York 10038

JEFFREY FLEISCHMANN

Telephone: (646) 657-9623
Facsimile: (646) 351-0694

---

July 21, 2021

Via ECF:
Hon. Gabriel Gorenstein
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMORANDUM ENDORSEMENT**

Re: *EMA Financial, LLC v. Vystar Corp.,* Case No. 19-cv-01545-ALC

Dear Judge Gorenstein:

    We are counsel for Plaintiff EMA Financial, LLC ("EMA") in the above-referenced matter. We write to request an adjournment of the conference scheduled for July 23, 2021 at 4:00 p.m., due to a personal conflict. Both parties have consented to the adjournment. This is EMA's first request for such an adjournment. The parties are available on the following dates, if it works with the Court's schedule: July 26, 2021, August 3, 2021, August 4, 2021, August 5, 2021.

    We thank the Court for its consideration.

Respectfully Submitted,

/s/ Jeffrey Fleischmann
Jeffrey Fleischmann

**The conference is adjourned to Tuesday, August 3, 2021, at 11:00 a.m.**

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
July 21, 2021

1