UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

EMA FINANCIAL, LLC,
A Delaware Limited Liability Company,

                          **Plaintiff,**

        -against-

VYSTAR CORP.,

A Georgia Corporation,

                          **Defendant.**
_____X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  **8/20/2021**

Case No: 1:19-cv-01545
(ALC)(GWG)

NOTICE OF
WITHDRAWAL OF MOTION

**MEMO ENDORSED**

      **PLEASE TAKE NOTICE** defendant Vystar Corp. hereby withdraws, without prejudice, its motion [Docket No. 137] seeking to have the decision from the First Circuit Court of Appeals in the case entitled *EdgePoint Cap. Holdings, LLC v. Apothecare Pharmacy, LLC*, No. 20-1810, 2021 WL 3123652 (1st Cir. July 6, 2021)(attached hereto) be utilized by the Court in its analysis of the pending motion, or alternatively, permit the parties limited supplemental briefing on an expedited schedule based upon the decision and its applicability to the motion.

      A letter in conformance with the Court's individual rules will subsequently be filed with the Court.

Dated:  Morristown, New Jersey
          August 5, 2021

                              **Law Offices of Barry M. Bordetsky**
                              By /s/Barry Bordetsky
                              Barry M. Bordetsky (BB4218)
                              Attorneys for Defendant
                              22 N. Park Place
                              Morristown, NJ 07960
                              Tel. No.: 973-998-6596
                              barry@bordetskylaw.com

The motion is hereby **WITHDRAWN**. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 137.

SO ORDERED:
/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

**Dated**: August 20, 2021