**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __August 20, 2021__

-------------------------------------------------------------- x
**Ema Financial, LLC,**

                    **Plaintiff,**
     -against-

**Vystar Corp.,**

                    **Defendant.**

**1:19-CV-1545-ALC-GWG**

**ORDER**

-------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of the Parties' pre-motion conference letters in connection with Defendant's request that this Court consider supplemental authority from the First Circuit Court of Appeals in deciding its pending motion (ECF No. 116) or, alternatively, permit the parties limited supplemental briefing on an expedite schedule. ECF Nos. 140, 145. Upon review of the submissions, Defendant's request for a pre-motion conference is **DENIED**. Defendant's request for leave to file limited supplemental briefing -- which the Court construes as a request to file a sur-reply -- is **GRANTED**. The Parties are **ORDERED** to confer and propose a briefing schedule to this Court no later than **August 24, 2021**.

**SO ORDERED.**

Dated: August 20, 2021
**New York, New York**

_____
      **ANDREW L. CARTER, JR.**
      **United States District Judge**