UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

Ema Financial, LLC,

                             Plaintiff,

-against-

Vystar Corp.,

                             Defendant.

-------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: August 23, 2021

1:19-CV-1545-ALC-GWG

**AMENDED ORDER**

The Hon. Andrew L. Carter, Jr., U.S. District Judge:

On August 20, 2021, this Court issued an order that, *inter alia*, directed the Parties to propose a briefing schedule for Defendant's sur-reply and Plaintiff's response by August 24, 2021. ECF No. 149. This Amended Order **ADJOURNS** the August 24, 2021 deadline. The Parties shall file their proposed briefing schedule no later than **September 1, 2021**.

**SO ORDERED.**

Dated: August 23, 2021
**New York, New York**

_____
     **ANDREW L. CARTER, JR.**
     **United States District Judge**