UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

EMA FINANCIAL, LLC,                              :

                                                 :        ORDER
                        Plaintiff,
                                                 :        19 Civ. 1545 (ALC) (GWG)

        -v.-

                                                 :

VYSTAR CORP.,                                    :

                                                 :

                        Defendant.               :
-----------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

        With regard to Docket # 160, the Court is not convinced that plaintiff and Worldwide
have made sufficient efforts to resolve this dispute. Additionally, the disputes are not clearly
articulated in the letters.  Plaintiff and Worldwide are directed to confer again, in person or by
telephone (not by email), in an effort to go through each category of document or redactions at
issue.  The parties' goal must be to achieve a reasonable resolution of each area of dispute.

         If any issues remain after the parties have discussed them in full, the parties shall file a
jointly-composed letter that, category by category, provides each side's position as to that
category in detail.  Each category shall be numbered and shall indicate clearly which types of
documents ro redactions are at issue. The letter shall omit the history of the efforts to meet and
confer.

        Before filing such a letter, each side shall be given an opportunity to adjust its portion of
the letter to respond to the other side's written draft describing its side of the dispute.  Also, each
side must make itself available to consult telephonically with opposing counsel as part of the
composition process.  It is critical that the final letter give the complete position of each side as
to each issue.

        The Court hopes that it will not be necessary for plaintiff to file this letter.  But if it is
filed, the Court expects that it will decide the remaining disputes based solely on the letter and
without holding a conference.

        SO ORDERED.

Dated: October 25, 2021
        New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge