UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
EMA FINANCIAL, LLC                                            :

                                                              :   ORDER
                    Plaintiff,

                                                              :   19 Civ. 1545 (GWG)
        -v.-
                                                              :

VYSTAR CORP.                                                  :

                                                              :
                    Defendant.
---------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

   Oral argument on the pending motions for summary judgment on January 6, 2023 at 10:00 a.m. in Courtroom 6-B, United States Courthouse, 500 Pearl Street, New York, New York.

   This is the only matter scheduled for this date and time. Please be sure to arrive sufficiently in advance so that the argument may begin on time.

   Counsel and any other attendees are expected to comply with any COVID-related restrictions on entry into the Courthouse as set forth in the protocols posted on the Court's website: https://www.nysd.uscourts.gov/covid-19-coronavirus. If appearing in person represents a hardship to any party, that person may file a letter seeking leave to appear remotely.

   Each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the oral argument date and time. In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available at:http://nysd.uscourts.gov/judge/Gorenstein).

   SO ORDERED.

Dated: December 13, 2022
       New York, New York

                                                    _____
                                                    GABRIEL W. GORENSTEIN
                                                    United States Magistrate Judge