UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
EMA FINANCIAL, LLC                                    :

                                                                        :      ORDER
                           Plaintiff,

                                                                       :      19 Civ. 1545 (GWG)
    -v.-
                                                                        :

VYSTAR CORP.                                          :

                                                                       :
                          Defendant.
---------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      The start time of the oral argument on January 6, 2023, is moved to <u>11:00</u> a.m.

      SO ORDERED.

Dated: January 5, 2023
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge