```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
EMA FINANCIAL, LLC                           :

                                             :      ORDER
                     Plaintiff,
                                             :      19 Civ. 1545 (GWG)
       -v.-
                                             :

VYSTAR CORP.                                 :

                                             :
                     Defendant.
---------------------------------------------------------------X
```

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      The motions for summary judgment (Docket ## 191 and 194) are resolved as stated at the oral argument held today.

      SO ORDERED.

Dated: January 6, 2023
       New York, New York

                                                                                      _____
                                                                          GABRIEL W. GORENSTEIN
                                                                        United States Magistrate Judge