## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X

EMA FINANCIAL, LLC,

                      Plaintiff,

-against-                                    19 **CIVIL** 1545 (GWG)

## **JUDGMENT**

VYSTAR CORP.,

                      Defendant.

---------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 27, 2023, the Court has denied EMA's summary judgment motion (Docket # 194) and has granted Vystar's summary judgment motion dismissing the complaint (Docket # 191); accordingly, the case is closed.

**Dated:**  New York, New York

      November 27, 2023

                                                  **RUBY J. KRAJICK**

                                                     **Clerk of Court**

                           **BY:**      K. Mango

                                                     **Deputy Clerk**