UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

EMA FINANCIAL, LLC                                    :

                                                     :         ORDER

                    Plaintiff,

                                                     :         19 Civ. 1545 (GWG)

        -v.-

                                                     :

VYSTAR CORP.

                                                     :

                    Defendant.                       :
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

        Oral argument on the pending motion for reconsideration will take place on Wednesday,
May 8, 2024 at 11:30 a.m. At the above date and time, the parties shall dial 646-453-4442 and
use access code: 146 744 47#. (The public may also dial in but will be permitted only to listen.)
The Court will record the proceeding for purposes of transcription in the event a transcript is
ordered.  However, any other recording or dissemination of the proceeding in any form is
forbidden.

        The oral argument will not address the standard for reconsideration but will instead
address exclusively the merits argument made by plaintiff (Docket # 260, at 3-6). It appears that
defendant's only response to the merits argument is confined to page 7 of Docket # 271. If
defendant has any further or more complete response, it may be presented by letter filed on or
before May 3, 2024. Any reply may be filed by May 7, 2024.

        When dialing in to the conference, the parties must be in a quiet indoor location and must
not use a speakerphone. Rather, a telephone line and microphone technology with optimal
quality should be used

        Each attorney or unrepresented party is directed to ensure that all other attorneys or
unrepresented parties on the case are aware of the oral argument date and time.  In addition, any
requests for an adjournment must be made in compliance with Judge Gorenstein's rules
(available at https://www.nysd.uscourts.gov/hon-gabriel-w-gorenstein).

        SO ORDERED.

Dated: May 1, 2024
       New York, New York

                                                     _____
                                                     GABRIEL W. GORENSTEIN
                                                     United States Magistrate Judge