# LAW OFFICES OF BARRY M. BORDETSKY

| | |
|---|---|
| 570 Lexington Avenue, 24th Floor<br>New York, New York 10022<br>Tel.: (212) 688-0008<br>Fax: (212) 319-7605 | 22 North Park Place, 2nd Floor<br>Morristown, New Jersey 07960<br>Tel.: (973) 998-6596<br>Fax: (973) 937-7850 |

*Please respond to NJ address

EMAIL: barry@bordetskylaw.com

Admitted in NY/NJ                                                                                   *Of Counsel, Littman Krooks LLP

May 7, 2024

**By ECF**                                                                        MEMORANDUM ENDORSED
Hon. Gabriel W. Gorenstein
United States District Court
  For the Southern District of New York
40 Foley Square
New York, New York 10007

Re:  EMA Financial, LLC v. Vystar Corp. (19-cv-1545)(GWG)

Dear Judge Gorenstein:

This office represents defendant Vystar Corp. I write with the consent of counsel for plaintiff, seeking, upon the Court's availability, the rescheduling of the May 14, 2024, oral argument. Dkt. No. 279. The request is based upon my previously scheduled matters, all involving third parties during the rescheduled date.

To that end, I am respectfully requesting the conference be re-scheduled to May 14, 2024, at 10:00 a.m., or alternatively, any time after 10:30 a.m. on May 16, 2024.

Respectfully submitted,

**Law Offices of Barry M. Bordetsky**

By: _____
Barry M. Bordetsky

c: Jeffrey Fleishmann, Esq. (by ECF)

Oral argument adjourned to May 16, 2024, at 11:00 a.m. The same dial-in instructions apply.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
May 7, 2024