UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EMA FINANCIAL, LLC                                          :
                                                            :    ORDER
                         Plaintiff,                         :
                                                            :    19 Civ. 1545 (GWG)
      -v.-                                                  :
                                                            :
VYSTAR CORP.                                                :
                                                            :
                         Defendant.                         :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      In its Memorandum Order of August 5, 2024 (Docket # 289), the Court gave the plaintiff the option of either filing of a new motion for attorney's fees or reinstating its prior motion (which appears as Docket # 253.)

      In its letter of July 28, 2025 (Docket # 290), plaintiff seeks a third option: reinstating the existing motion and then having both sides file a round of supplemental briefing. The Court rejects that option as it will create unnecessary work for the Court and will be of only minimal benefit to the parties. Plaintiff may either reinstate the prior motion and thereby limit itself to the relief requested therein, or it may file a new motion that sets forth all the relief it seeks in a single memorandum of law.

      The deadline for any such motion (or a letter reinstating the prior motion) remains 21 days from entry on the docket of the mandate from the Second Circuit. The motion shall be filed no earlier that the date of the docketing of the mandate. The briefing schedule shall be in accordance with paragraph 2.B of the Court's Individual Practices.

      SO ORDERED.

Dated: July 28, 2025
      New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge