**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
EMA FINANCIAL, LLC,

                      Plaintiff,                      19 **CIVIL** 1545 (GWG)

         -against-                              **JUDGMENT**
                                         **For Attorney's Fees and Costs**

VYSTAR CORP,

                     Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 22, 2025, Vystar is entitled to $495,825.00 in fees for attorney's fees and $1,614.58 in costs. Judgment is entered against plaintiff EMA Financial, LLC in favor of defendant Vystar Corp., in the amount of $497,439.58.

**Dated:** New York, New York
         December 23, 2025

                                   **TAMMI M. HELLWIG**
                                   _____
                                     **Clerk of Court**

                 **BY:**
                                     _____
                                     **Deputy Clerk**